UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE DEAN CARROLL, | Case No. CV 16-962 SVW(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to this Court's Order Summarily Denying Petition, Dismissing Action without Prejudice, and Denying a Certificate of Appealability, IT IS ADJUDGED that the "Petition for Court to Order California Supreme Court to Grant Tolling and Respond on the Merits," which has been filed as a Petition for Writ of Habeas Corpus, is denied and this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: February 18, 2016

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE